DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WENTZ v. UNIFI, INC.

No. 160P88.

Case below: 89 N.C. App. 33.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.


PETITION TO REHEAR

LEMONS v. OLD HICKORY COUNCIL

No. 438PA87.

Case below: 322 N.C. 271.

Petition by defendant to rehear denied 30 June 1988.